# United States Bankruptcy Court
## Western District of Louisiana

Judge: Stephen D. Wheelis

FILED JUN 14 2019

IN RE: Andrew Sylvain
      Debtor(s)

Chapter: 13
Case Number: 14-80018

## ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the total amount of **$1947.88** as supported by the transmittal(s) listed in the petition for payment are being held in the Registry of this Court in the above captioned bankruptcy case, and that Claimant has petitioned the court for payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of **$1947.88** payable to **Andrew Sylvain and Dilks & Knopik, LLC and mailed to: 35308 SE Center Street, Snoqualmie, WA 98065.**

**THUS DONE AND SIGNED** this ____ day of __June__, 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

*Denied as filed. Applicant is Ordered to Notice the matter for hearing and serve the Debtor and Counsel for the Debtor with the Notice and Application.*

/s/ 6/14/19